IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS # 90**
**HEALTH & WELFARE FUND and**
**EMPLOYERS & CEMENT MASONS # 90**
**PENSION FUND,**

**Plaintiffs,**

**v.**

**TRIPLE M CONTRACTING, INC., and**
**MIKE AND SARA MONIGER d/b/a**
**TRIPLE M CONTRACTING,**

**Defendants.**                                                             No. 06-cv-0383-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court are a stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41 between Plaintiffs and Mike Moniger (Doc. 32) and Plaintiffs' notice of voluntary dismissal without prejudice as to Sara Moniger and Triple M Contracting (Doc. 33). The Court **ACKNOWLEDGES** both the stipulation of dismissal and the notice of voluntary dismissal. Thus, the Court **DISMISSES without prejudice** Plaintiffs' cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 19th day of September, 2007.

/s/    DavidRHerndon
**United States District Judge**